JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER BAYONNE STROSS, | CV 20-2597 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| WHISKEY TANGO GLOBETROT, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's October 30, 2020 Order dismissing this action for failure to comply with the Court's Order Setting Scheduling Conference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.


DATED: October 30, 2020                    _____

Percy Anderson
UNITED STATES DISTRICT JUDGE